[Nos. 16644–1–I; 16654–9–I.   Division One.   April 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD
DEE CLARK, ET AL, *Appellants.*

Appeals from a judgment of the Superior Court for King
County, No. 84–1–03650–4, Robert E. Dixon, J., entered
June 13, 1985. *Affirmed* by unpublished opinion per Web-
ster, J., concurred in by Scholfield, C.J., and Coleman, J.

[No. 17257–3–I.   Division One.   April 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
JAMES LASEE, *Appellant.*

Appeal from a judgment of the Superior Court for What-
com County, No. 85–1–00337–6, Byron L. Swedberg, J.,
entered October 16, 1985. *Affirmed* by unpublished opinion
per Williams, J., concurred in by Ringold, A.C.J., and
Pekelis, J.

[No. 17146–1–I.   Division One.   April 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
GLENN LEE SLEMMER, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–1–03179–1, Herbert M. Stephens, J.,
entered September 10, 1985. *Affirmed* by unpublished
opinion per Ringold, J., concurred in by Scholfield, C.J.,
and Coleman, J. Now published at 48 Wn. App. 48.

[No. 16432–5–I.   Division One.   April 27, 1987.]

THE STATE OF WASHINGTON, *Respondent,* v.
DAVID J. ORTIZ, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 84–1–03436–6, Rosselle Pekelis, J., entered
May 24, 1985. *Affirmed* by unpublished opinion per Schol-
field, C.J., concurred in by Swanson and Coleman, JJ.